# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

TERRANCE TOMLINSON, : CIVIL ACTION

    Petitioner, :

v. :

DEBORAH A. HICKEY, Warden, :

    Respondent. : NO. CV209-81

## O R D E R

On November 12, 2009, Magistrate Judge James E. Graham entered a report and recommendation suggesting dismissal of Petitioner's case. Judge Graham concluded that Tomlinson could not get around the stringent filing requirements of 28 U.S.C. § 2255 by styling his petition as one arising under 28 U.S.C. § 2241.

After an independent review of Tomlinson's objections to the Magistrate Judge's findings, the Court concurs with the Magistrate Judge's suggested disposition of the case and hereby **ADOPTS** the report and recommendation as the order of the Court. Petitioner's objections are **OVERRULED**. Dkt. No. 11. The Clerk shall enter judgment accordingly.

**SO ORDERED**, this  3rd  day of December, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)